**ORIGINAL**

**FILED**

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0183

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0183

BOONE JEFFERSON BLOCK,

Petitioner,

v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HON. JOHN C. BROWN, Presiding,

Respondent.

**FILED**

MAR 2 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Boone Jefferson Block seeks a writ of supervisory control over the Montana Eighteenth Judicial District Court, Gallatin County, in its Consolidated Cause Nos. DV-19-1413C and DR-19-4888A. Block asserts that the District Court has not ruled upon two pending motions in the underlying litigation. These pending motions include a request for a parenting hearing filed on October 14, 2020, and a motion to refer the parenting matter to the Standing Master, which was fully briefed as of April 20, 2022. Block further asserts that he brought the District Court's attention to the pending matters in accordance with local rules on November 3, 2022, but the District Court has taken no further action on the pending motion.

We have reviewed a copy of the District Court's case register for these consolidated matters. It does not appear that the District Court has taken any action on the motions which are the subject of Block's petition and nothing has been filed in either case since April 25, 2022.

Therefore, this Court deems it appropriate to obtain a summary response from the District Court. In accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighteenth Judicial District Court is granted thirty days from the date of this order in which to prepare, file, and serve a response to the petition for writ of supervisory control in Consolidated Cause Nos. DV-19-1413C and DR-19-4888A.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court Consolidated Cause Nos. DV-19-1413C and DR-19-4888A, and to the Honorable John C. Brown, presiding District Judge.

DATED this 23rd day of March, 2023.

For the Court,

By _____
Justice

2